Christopher D. Nissen (CA SBN 202034)
cnissen@nissenlaw.com
Nissen Law Firm
1419 Peerless Place #113
Los Angeles, California 90035
Telephone: 310-902-7833
Fax: 424-288-4067
Attorneys for Defendants CHRISTIAN FERNANDEZ, JONATHAN KATZ, RICHARD WASERSTEIN, CLAUDIO FERNANDEZ AND FACILITY PRO, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

MICHAEL WALIS, an individual,

Plaintiff,

v.

CHRISTIAN FERNANDEZ, an individual; JONATHAN KATZ, an individual; RICHARD WASERSTEIN, an individual; CLAUDIO FERNANDEZ, an individual; FACILITY PRO, INC., a Florida corporation; and DOES 1 through 50,

Defendants.

Case No.: ______________________

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES/ CORPORATE DISCLOSURE STATEMENT**

**[FILED CONCURRENTLY WITH NOTICE OF REMOVAL – Los Angeles County Case No. BC602290]**

## CERTIFICATE OF INTERESTED PARTIES/ CORPORATE DISCLOSURE STATEMENT

TO THE COURT TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD: The undersigned, counsel of record for Defendants, CHRISTIAN FERNANDEZ, JONATHAN KATZ, RICHARD WASERSTEIN, CLAUDIO FERNANDEZ and FACILITY PRO, INC, certifies that the following listed party may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

| **PARTY** | **CONNECTION/INTEREST** |
|---|---|
| Christian Fernandez, Defendant | Christian Fernandez is the Secretary of Defendant Facility Pro, Inc. |
| Claudio Fernandez, Defendant | Claudio Fernandez is the Vice-President of Defendant Facility Pro, Inc. |
| Jonathan Katz, Defendant | Jonathan Katz is the President of Defendant Facility Pro, Inc. |
| Richard Waserstein, Defendant | Richard Waserstein is the General Counsel of Defendant Facility Pro, Inc. |
| Facility Pro, Inc., Defendant | Facility Pro, Inc., is a licensed Florida Corporation with its principal place of business located in Fort Lauderdale, Florida |

Dated: January 20, 2016

Respectfully submitted,

NISSEN LAW FIRM

By: ________/s/__________________________

Christopher D. Nissen, attorney for Defendants CHRISTIAN FERNANDEZ, JONATHAN KATZ, RICHARD WASERSTEIN, CLAUDIO FERNANDEZ AND FACILITY PRO, INC.