UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:16-cv-00467-RGK-JEM** | Date | January 11, 2017 |
| Title | ***Michael Walis v. Christian Fernandez, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Charles A. Rojas | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order to Show Cause re: Fraud on the Court

On December 12, 2016, Defendants Christian Fernandez, Claudio Fernandez, Jonathan Katz, and Richard Waserstein filed a Motion for Summary Judgment against Plaintiff Michael Walis. On January 6, 2017, the Court took the Motion under submission.

After reviewing the parties' briefs and attached evidence, the Court has determined that one or more of the parties or attorneys in this case have made deliberate misrepresentations to the Court in several sworn declarations and filings concerning Plaintiff's signature on two material documents.

The Court will withhold its decision on Defendant's Motion for Summary Judgment (DE 67) until such time as an evidentiary hearing can be held to determine the separate issue of whether a party has perpetrated a fraud on the Court. This question, however, is a totally separate inquiry from the Court's determination of Defendant's Motion for Summary Judgment.

Any party or attorney found to have perpetrated, aided, or abetted such a fraud is subject to severe penalties, including referral for criminal prosecution for perjury or criminal contempt of court.

The Court hereby **ORDERS** the following parties to appear before the Court for an evidentiary hearing on January 26, 2017 at 8:45 am:

Christian Fernandez (Defendant)
Jonathan Katz (Defendant)
Michael Walis (Plaintiff)

The Court **ORDERS** the following attorneys to also be present for the hearing:

Kaveh Navab (SBN: 280235)
Adi Sarbaz (SBN: 263784)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:16-cv-00467-RGK-JEM** | Date | January 11, 2017 |
| Title | ***Michael Walis v. Christian Fernandez, et al.*** | | |

Christopher D. Nissen (SBN: 202034)

The Court further **ORDERS** Defendants to produce **Paula M. Rosa** (Florida Notary Public ID: 1292454), in person, as a witness at the above mentioned hearing. She must bring her record book or journal of notarial acts for the relevant period of time (February, 2014) with her to the hearing. **ALTERNATIVELY**, in lieu of appearing in person, Paula M. Rosa may submit **BOTH** of the following: (1) a new sworn declaration concerning the facts and circumstances of her having notarized two documents allegedly signed by Michael Walis in February of 2014; **AND** (2) a legible photocopy of the relevant date range and entries in her record book or journal of notarial acts for the contested signatures. These must be submitted by January 23, 2017.

If the parties wish to call any additional witnesses not listed in this Order, they must first seek leave of Court by ex parte application.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer _____