# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-00467-RGK-JEM | Date | January 20, 2017 |
|---|---|---|---|
| Title | *Michael Walis v. Christian Fernandez, et al.* | | |

Present: The Honorable  R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Charles A. Rojas | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**  **(IN CHAMBERS)** Order re: Witnesses at Evidentiary Hearing [88]

On January 11, 2017, the Court ordered the parties to attend a hearing regarding a potential fraud on the Court. The Court noted that if the parties wish to call any additional witnesses not listed in the Order, they must first seek leave of Court by ex parte application.

The Court has received Defendants' ex parte application to call two witnesses: a certified forensic document specialist, and a witness to testify in support of Paula M. Rosa, the notary public who notarized the contested documents.

After considering the value of having these witnesses testify in person, coupled with the need to conserve judicial resources, the Court has decided that **NEITHER** party will be permitted to call witnesses *not* listed in the Court's January 11, 2017 Order.

The Court will, however, allow the parties to submit such testimony by declaration. Any declarations the parties choose to file must be submitted by January 24, 2017.[1]

The Court hereby **DENIES** in part Defendants' Ex Parte Application (DE 88)

**IT IS SO ORDERED.**

                                                                     : _____

Initials of Preparer  cr

---

[1] This Order does not change the terms of the Court's January 11th Order relating to testimony by Paula M. Rosa. Ms. Rosa may still testify in person, or in the alternative, by declaration pursuant to the conditions set out in the January 11th Order. If Defendants choose to present Ms. Rosa's testimony by declaration, they must still submit this declaration by January 23, 2017.