UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:16-cv-00467-RGK-JEM** | Date | February 2, 2017 |
| Title | ***Michael Walis v. Christian Fernandez, et al.*** | | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Sharon L. Williams, Not Present | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS)** Order re: Fraud on the Court

On January 26, 2017, the Court held an evidentiary hearing on whether one or more of the parties or attorneys in this case had made deliberate misrepresentations to the Court in several sworn declarations and filings concerning Plaintiff's signature on two material documents.

The Court heard testimony from Jonathan Katz, Christian Fernandez, Paula Rosa, and Michael Walis. Additionally, the Court received two exhibits into evidence. The totality of the evidence at the hearing suggests that several persons may have made false statements in their declarations and/or testimony to the Court, despite having sworn that these statements were true under penalty of perjury. The evidence further suggests that one or more of the attorneys involved in this case may have suborned these false statements.

The Court will not rule at this time, however, on whether one or more persons will be punished for committing a fraud on the Court. The Court will instead take this matter under submission and give a ruling at the conclusion of this case. At that time, based on the evidence from the evidentiary hearing as well as any evidence that may come out during trial, the Court will determine which parties or attorneys may be held in contempt.

The Court's decision regarding fraud on the Court is thus taken under submission until the conclusion of this matter.

**IT IS SO ORDERED.**

________ : ________

Initials of Preparer ____________