**SMS LAW GROUP, LLP**
Adi Sarbaz (SBN 263784)
Kian Moghbeli (SBN 275514)
Arash Sarbaz (SBN 302196)
7360 Santa Monica Blvd, Suite 200
West Hollywood, CA 90046
Telephone: 310-401-1662

Kaveh Navab (SBN: 280235)
**NAVAB LAW**
13160 Mindanao Way, Suite 280
Marina Del Rey, California 90292
Telephone: 310.826.1002
Facsimile: 916.927.2046
Email: navablaw@gmail.com
Attorneys for Plaintiff,
MICHAEL WALIS

Christopher D. Nissen (CA SBN 202034)
**cnissen@nissenlaw.com**
Nissen Law Firm
1419 Peerless Place #113
Los Angeles, California 90035
Telephone: 310-902-7833
Attorneys for DefendantS
CHRISTIAN FERNANDEZ, JONATHAN
KATZ, RICHARD WASERSTEIN, CLAUDIO FERNANDEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL WALIS, an individual,<br><br>v.<br><br>CHRISTIAN FERNANDEZ, AN INDIVIDUAL; JONATHAN KATZ, AN INDIVIDUAL; RICHARD WASERSTEIN, AN INDIVIDUAL; CLAUDIO FERNANDEZ, AN INDIVIDUAL;<br><br>Defendants. | Case No: 2:16-cv-00467-RGK-JEM<br>State Case No.: BC 602290<br><br>**JOINT STATEMENT OF THE CASE**<br><br>**[*Hon. R. Gary Klausner*]**<br>**Ctr: 850**<br>**Date: March 7 , 2017**<br>**Time: 9:00 a.m.** |

# <u>JOINT STATEMENT OF THE CASE</u>

Plaintiff contends that he and Defendants Christian Fernandez, Claudio Fernandez, Richard Waserstein, and Jonathan Katz entered into an oral agreement to establish a maintenance business in the Los Angeles area. Plaintiff disputes Defendants' purported written contracts as he was not in Florida on February 1, 2014 despite Defendants' claims <u>that he signed the contract in Florida on that day</u>. Plaintiff further contends that Defendants breached their oral agreement with him when Defendants fraudulently told Plaintiff they were ending the business. Plaintiff contends that the business was never ended and that to this day Defendants continue to operate the maintenance business in the Los Angeles after fraudulently cutting Plaintiff out of the business. <u>Plaintiff contends he is due his fair share in accordance with his oral agreement for building the Los Angeles business which is benefitting Defendants to this day</u>.

Defendants contend that Plaintiff's company, Maintenance Pro Services LA, Inc., entered into written vendor agreements with Florida corporations Facility Pro, Inc. and Altruistic Staffing Corp., Inc., to service Facility's Pro Los Angeles-based customers, but failed to perform. Under the agreements, Plaintiff's corporation was a vendor <u>that could be terminated at any time for any reason</u>. The agreements were signed by Plaintiff; however, <u>in an effort to avoid the terms of the agreements</u>, Plaintiff denies signing them. Defendants deny that they caused any harm to Plaintiff or defrauded him. <u>Defendants further contend that under the written contracts, Plaintiff's corporation, Maintenance Pro Services, LA, Inc., was required to take steps to try to resolve this dispute informally before filing a lawsuit—which Plaintiff did not do—and that any lawsuit had to be filed in a state court in Florida.</u>

**The underlined sections are disputed by the parties as being argumentative.**

DATED: March 3, 2017

Respectfully submitted,

SMS LAW GROUP, LLP.
NAVAB LAW

By: ______/s/______________________
Kaveh Navab

Dated: March 3, 2017

Respectfully submitted,

NISSEN LAW FIRM
By:________/s/_______________________
Christopher D. Nissen, attorney for Defendants CHRISTIAN FERNANDEZ, JONATHAN KATZ, RICHARD WASERSTEIN, CLAUDIO FERNANDEZ